AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **DEMETRIUS PETTWAY** | CASE NUMBER: |
| **DOB:  XX/XX/1968** | |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about    July 1, 2005    in    Washington, D.C.    county, in the District of    Columbia    defendant(s) did, (Track Statutory Language of Offense)

False Statement in Application for a Passport.

in violation of Title    18    United States Code, Section(s)    1542    .

I further state that I am   John Thomas Mazzuchi, Special Agent with U.S. Department of State, Diplomatic Security Service  , and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

AUSA, Heidi M. Pasichow  (202) 514-7533
Sworn to before me and subscribed in my presence,

Signature of Complainant
John Thomas Mazzuchi, Special Agent
U.S. Department of State
Diplomatic Security Service

at    Washington, D.C.
       City and State

_____
Date

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer