**AFFIDAVIT IN SUPPORT OF A COMPLAINT**

**DEMETRIUS PETTWAY**
**D.O.B. XX/XX/1968**
**Last Known Address: 27 Maple Dr. Stafford, VA 22554**

I, John Thomas Mazzuchi, having been duly sworn, hereby depose and state:

1. I am employed as a Special Agent of the United States Department of State, Diplomatic Security Service and am assigned to the Washington Field Office in Dunn Loring, Virginia. I have been employed as a Special Agent for four months. My duties include investigation of passport and visa fraud. I am a graduate from the Criminal Investigators Training Program at the Federal Law Enforcement Training Center, Brunswick, Georgia and the Basic Special Agent Course at the Diplomatic Security Training Center, Dunn Loring Virginia. The information contained in this affidavit is based upon Affiant's personal knowledge of the pertinent evidence in addition to information provided to Affiant by other law enforcement officials. This affidavit does not contain every material fact that I have learned during the course of this investigation; however, no information known to me that would tend to negate probable cause has been withheld from this affidavit.

2. The information contained in this affidavit is based upon Affiant's personal knowledge of the pertinent evidence in addition to information provided to Affiant by other law enforcement officials. This affidavit does not contain every material fact that I have learned during the course of this investigation; however no information known to me that would tend to negate probable cause has been withheld from this affidavit.

3. In the course of this investigation, Affiant has obtained evidence amounting to probable cause to believe that on July 1, 2005, Demetrius Pettway, herein referred to as SUBJECT, A.K.A. Sylvester Francis, A.K.A. Michael Kenneth Williams, knowingly made a false statement on a U.S. Passport application in violation of Title 18 of the United States Code, Section 1542.

4. On July 1, 2005, a black male (SUBJECT) entered the Washington Passport Agency at 1111 19th St. NW in Washington, DC and executed a DS-11 (Application for a U.S. Passport) in the name of Sylvester Anthony Francis. For proof of his citizenship, SUBJECT submitted NY Birth Certificate No. ███████, and for proof of his identity, the individual presented VA Driver's License No. ███████. The driver's license was issued on June 30, 2005 in the name Sylvester Anthony Francis. SUBJECT also showed a copy of a high school diploma in the name FRANCIS, Sylvester, purportedly issued on 06/24/1994. The DS-11 bore the photograph of the individual, here identifying himself as Sylvester Francis. The individual claiming to be Sylvester Francis swore an oath before the Passport Specialist, who is authorized to accept passport application that all of the

information on the DS-11 was true and correct.

     5. On July 14, 2005 SUBJECT returned to the Washington Passport Agency and was interviewed by Special Agent Brad Winter and Special Agent Marcus Purkiss. SUBJECT claimed to be in the process of moving down to Virginia from New York, and that he now lived at 27 Maple Dr. in Stafford, VA. SUBJECT was approximately 6'01" tall and weighed about 200 pounds, and there was a gold tooth visible in his lower set of teeth. At the conclusion of the interview, Special Agent Winter told PETTWAY that he must provide additional documentation in order to prove his identity.

     6. Further investigation revealed that PETTWAY obtained the Virginia Driver's License No. T67-18-2300 the day before he submitted the DS-11. In order to obtain the license he presented documents he procured from Francis's residence including a High School Year Book and Diploma and Francis's Birth Certificate.

     7. July 14, 2005, after the interview had concluded, Special Agent Winter contacted the woman identified as SUBJECT's mother on the DS-11 using the phone number provided on the application. The woman on the telephone identified herself as Avis Agatha Francis, Sylvester Francis's mother. She told Special Agent Winter that she had recently spoken with her son and provided a New York-based phone number for Sylvester Francis. Special Agent Winter called and spoke with a man who claimed to be Sylvester Francis. He claimed that he had not applied for a passport in Washington D.C. and that he presently lived at 104-42 102nd St in Ozone Park, NY. When asked who might have applied using Sylvester's identity information in Washington, DC, both Avis and Sylvester Francis speculated that the impostor might have been Demetrius Pettway because he had been Sylvester Francis's home and had access to Francis's birth certificate.

     8. On July 18, 2005, Special Agent Winter ran a name query in the National Crime Information Center database on the name PETTWAY, Demetrius. An arrest history was located for Demetrius Pettway, a 6'02", 190 lb. black male with two prior arrests in Virginia Beach, Virginia for possession with intent to distribute cocaine in 1990 and 1991. Special Agent Winter contacted the Virginia Beach Police Dept. and received copies of PETTWAY's arrest photos and fingerprint card on July 19, 2005. The individual in the arrest photographs closely resembles the photograph submitted with the DS-11 on July 1, 2005, as well as the photograph that appears on VA Driver's License No. T67-18-2300, presented by SUBJECT on July 1, 2005. Special Agent Winter also recognized the individual in the arrest photos as the same individual interviewed by Special Agent Winter on July 14, 2005 at the Washington Passport Office.

     9. Based on the above information, your Affiant, who had detailed interviews with Special Agent Winter, has probable cause to believe and does believe that Demetrius Pettway, A.K.A. Sylvester Francis, has violated Title 18 of the United States Code, Section 1542, False Statement in Application for a Passport, in that he willfully and knowingly made false statements in an application for a U.S. passport by representing himself to be Sylvester Francis, with a social security number of ▮▮▮▮▮▮▮, born on ▮▮▮▮▮▮▮ in Brooklyn, New York, knowing said statements to be false, with the intent to secure the issuance of a

United States passport contrary to the laws regulating the issuance of passports, and the rules prescribed pursuant to such laws under the authority of the United States.

                                                _____
                                                John Thomas Mazzuchi, Special Agent
                                                U.S. Department of State
                                                Diplomatic Security Service

Subscribed and Sworn to before me this ____ day of August, 2005

                                                _____
                                                United States Magistrate Judge